## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.  1:18CR00408 |
| Plaintiff, | : | |
| | : | JUDGE CHRISTOPHER A. BOYKO |
| vs. | : | |
| JOSEPH R. HURLEY, | : | **DEFENDANT'S UNOPPOSED** |
| | : | **MOTION TO CONTINUE** |
| Defendant. | : | |

Defendant, through counsel, respectfully moves this Honorable Court for a 45-day continuance of the Final Pretrial, Trial and all dates/deadlines listed in the Court's pretrial order. The reason for this request is that negotiations are ongoing. The ends of justice served by granting this motion outweigh the best interests of the public and Mr. Hurley in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

For this reason, counsel requests a 45-day continuance of all dates and deadlines listed in the Court's Order of September 20, 2019.  Assistant U.S. Attorney Michael Sullivan has advised that the government has no objection to this request.

For these reasons, Mr. Hurley requests that the Court grant this motion.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/Edward G. Bryan*
EDWARD G. BRYAN
Assistant Federal Public Defender
Ohio Bar: 0055556
1660 West Second Street, Suite #750

1

Cleveland, OH 44113
(216) 522-4856 Fax: (216)522-4321
E-mail: edward_bryan@fd.org

2